PILLO ET AL., APPELLEES, *v.* STRICKLIN ET AL.; PROGRESSIVE INSURANCE COMPANY, APPELLANT.

[Cite as *Pillo v. Stricklin,* 98 Ohio St.3d 163, 2002-Ohio-7090.]

(No. 2002–0291—Submitted December 18, 2002—Decided December 24, 2002.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Kemper v. Michigan Millers Mut. Ins. Co.*, 98 Ohio St.3d 162, 2002-Ohio-7101, 781 N.E.2d 196, decided today.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK, J., dissents.

LUNDBERG STRATTON, J., dissents for the reasons stated in the Chief Justice's dissenting opinion in *Kemper v. Michigan Millers Mut. Ins. Co.*, 98 Ohio St.3d 162, 2002-Ohio-7101, 781 N.E.2d 196.

Tzangas, Plakas, Mannos & Recupero, David L. Dingwell and Denise K. Houston, for appellees.

Davis & Young, Henry A. Hentemann and J. Michael Creagan, for appellant Progressive Insurance Company.